DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES J. WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3560

_____

May 17, 2024

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa; and Cerese Crawford Taylor, Senior Assistant Attorney General, Tallahassee (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.